**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
J.P., individually and on behalf of J.J., a child
with a disability,

                     Plaintiff,                  21 **CIVIL** 10961 (PAE)

      -against-                              **JUDGMENT**
                                                      For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated March 30, 2023, and the Court's Opinion and Order dated March 10, 2023, plaintiffs are awarded $18,673.30 in reasonable attorneys' fees and costs with post-judgment interest.

**Dated:**  New York, New York
           March 30, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                  **BY:**     *K. Mango*
                                                              **Deputy Clerk**